IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MCGINNIS, | § | |
| INDIVIDUALLY, AND BY | § | |
| NEXT FRIEND, BUFFY MCGINNIS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:07-cv-00032 |
| UNION PACIFIC | § | JURY |
| RAILROAD COMPANY, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S DISCLOSURE OF INTERESTED PERSONS**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Christopher McGinnis, individually and by next friend, Buffy McGinnis (hereinafter jointly and individually referred to as "Plaintiff") files this certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities that are financially interested in the outcome of this litigation. Plaintiff hereby notifies the Court that the only parties with a financial interest in the outcome of this litigation, of which it is aware at this time, are Christopher McGinnis and Union Pacific Railroad Company, the named parties herein.

DATED this 26th day of February, 2007.

[signature block on next page]

Respectfully submitted,

By: /s/ George Gore

George W. Gore
So. District Bar No. 29094
State Bar No. 24029582

801 Congress, Suite 350
Houston, Texas  77002
(713) 224-2000 Telephone
(713) 224-3111 Facsimile

**Attorney-In-Charge for Plaintiff**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon counsel of record, *via* regular mail, with postage prepaid thereon, on this 27th day of February, 2007:

    Benton R. Bond
    808 Travis, Suite 620
    Houston, TX. 77002
    Fax (713) --------

_____/s/ George Gore_____
George W. Gore