IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CHRISTOPHER McGINNIS, Individually §<br>and by Next Friend, §<br>BUFFY McGINNIS §<br>§<br>vs. §<br>§<br>§<br>§<br>UNION PACIFIC RAILROAD COMPANY § | Civil Action No. 3:07-cv-00032<br>**JURY REQUESTED** |

### DEFENDANT'S DISCLOSURE OF INTERESTED PARTIES

Comes now Defendant, UNION PACIFIC RAILROAD COMPANY, and files its Disclosure of Interested Parties as follows:

<u>Union Pacific Corporation</u>
1400 Douglas
Omaha, NE 68179


Union Pacific Railroad Company
1400 Douglas
Omaha, NE 68179
**Defendant**


Christopher McGinnis
**Plaintiff**


Buffy McGinnis
**Plaintiff**


George W. Gore
801 Congress, Suite 350
Houston, Texas 77002
**Attorney for Plaintiff**

Respectfully submitted:

By: *[signature: Benton R. Bond]*

BENTON R. BOND
Attorney-in-Charge
SBN: 26701
Texas State Bar No. 00790332
808 Travis, Suite 620
Houston, Texas 77002
Telephone: (713) 220-3206
Facsimile: (713) 220-3211
ATTORNEY-IN-CHARGE FOR DEFENDANT

DOUGLAS W. POOLE
SBN: 619
Texas Bar No. 16115600
McLeod, Alexander, Powell & Apfel, P.C.
802 Rosenberg
Galveston, Texas 77550
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was properly forwarded to all counsel listed below by electronic filing and/or facsimile on this the **23rd** day of March, 2007.

George Gore
SBN: 29094
Texas Bar No. 24029582
801 Congress, Suite 350
Houston, Texas 77002
ATTORNEY FOR PLAINTIFF

*[signature]*
Benton R. Bond